# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 2, 2016

153099 & (44)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

LANSING PARKVIEW, LLC,
        Plaintiff/Counter-Defendant-
        Appellee,

v

K2M GROUP, LLC and DON L. KESKEY,
        Defendants/Counter-Plaintiffs-
        Appellants,

and

K2M GROUP, LLC and DON L. KESKEY,
        Third-Party Plaintiffs-Appellants,

v

LANSING PARKVIEW, LLC, JOEL L.
FERGUSON, and ROBERT REID,
        Third-Party Defendants-Appellees.

SC: 153099
COA: 328507
Ingham CC: 13-000723-CK

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the November 18, 2015 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 2, 2016



Clerk

p0301